## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 29, 2005

**B-60-E**

### No. 04-2876

UNITED STATES OF AMERICA

v.

SCOTT SHREFFLER, Appellant

(Middle District of Pennsylvania (Harrisburg) Criminal No. D. C. 01-cr-00215)

## Present: RENDELL, FISHER and VAN ANTWERPEN Circuit Judges

1. Motion by Appellant for Bail Pending Appeal.

2. Response by Appellee to Appellant's Motion for Bail Pending Appeal.

**Response due by 4/11/05**

Chiquita Dyer
Case Manager   267-299-4919

_____ O R D E R _____

The foregoing Motion by Appellant for Bail Pending Appeal is denied.

**A TRUE COPY:**

*Kathleen Brown*

**Kathleen Brouwer,
Chief Deputy Clerk**

Dated: April 12, 2005
CMD/cc: Andrew J. Ostrowski, Esq.
Theodore B. Smith III, Esq.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge