OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | TELEPHONE<br>215-597-2995 |

Harrisburg Pennsylvania Jersey Clerk                Date  4/12/05

USA v. Shreffler                                    C. of A. No. 04-2876
 (Caption)

Scott Shreffler
 (Appellant)

01-cr-00215
 (D.C. No.)

Enclosures:

_____**4/12/05**_____ Certified copy of Judgement by the **Court**
       (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

\_\_\_\_ The certified copy of Judgement issued as the mandate on _____ is recalled.

                            _Chiquita Dyer_      (267)-299- 4919
                             Case Manager        Telephone Number

Receipt Acknowledge:

_____
 (Name)

_____
 (Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)