UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-2876

UNITED STATES OF AMERICA

v.

SCOTT SHREFFLER

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 01-cr-00215)
District Judge: Honorable William W. Caldwell

Submitted Under Third Circuit LAR 34.1(a) on
January 23, 2006

Before: RENDELL and STAPLETON, Circuit Judges,
and POLLAK*, District Judge.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 23, 2005.  On consideration whereof, it is now here

ORDERED and ADJUDGED that the June 29, 2004 judgment of sentence is VACATED and this matter is REMANDED for resentencing.  All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: March 13, 2006

---

*Honorable Louis H. Pollak, Senior District Judge for the Eastern District of Pennsylvania, sitting by designation.