UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-2876

———————

UNITED STATES OF AMERICA

v.

SCOTT SHREFFLER

———————

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 01-cr-00215)
District Judge: Honorable William W. Caldwell

———————

Submitted Under Third Circuit LAR 34.1(a) on
January 23, 2006

Before: RENDELL and STAPLETON, Circuit Judges,
and POLLAK*, District Judge.

———————

JUDGMENT

———————

This cause came on to be heard on the record from the United States District Court
for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR
34.1(a) on January 23, 2005.   On consideration whereof, it is now here

ORDERED and ADJUDGED that the June 29, 2004 judgment of sentence is
VACATED and this matter is REMANDED for resentencing.  All of the above in
accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Certified as a true copy and issued in lieu
of a formal mandate on ___4/4/06___

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit

Dated: March 13, 2006

———————

*Honorable Louis H. Pollak, Senior District Judge for the Eastern District of Pennsylvania,
sitting by designation.