```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,            :
      Plaintiff
                                               :

        vs.                          :   CRIMINAL NO. 1:CR-01-215

                                               :

SCOTT SHREFFLER,
      Defendant                    :

## O R D E R

AND NOW, this 11th day of April, 2006, pursuant to the decision of the Third Circuit Court of Appeals, Andrew J. Ostrowski, Esquire, 4311 North Sixth Street, Harrisburg, PA 17110, is appointed to represent Defendant in connection with his resentencing.

Resentencing is scheduled for Tuesday, May 9, 2006, at 9:30 a.m., in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

                                              /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge