IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :  | |
| : | No. 1:CR-01-215 |
| : | (Judge Caldwell) |
| **v.** : | |
| : | |
| **SCOTT SHREFFLER,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this ___ day of May, 2006, upon consideration of Defendant=s Motion for Continuance, it is hereby Ordered that said Motion is granted and that the hearing on Sentencing and Related Matters is hereby scheduled for _____, 2006 at ____ __.m., in Courtroom No. 1.

BY THE COURT,

_____
William W. Caldwell, District Judge