```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,       :
    Plaintiff
                                   :

    vs.                         :   CRIMINAL NO.  1:CR-01-215

                                   :
SCOTT SHREFFLER,
    Defendant             :

<u>O R D E R</u>

       AND NOW, this 3rd day of May, 2006, upon consideration of Defendant's motion for continuance (doc. 154), it is Ordered that said motion is granted.  Sentencing is scheduled for Friday, June 1, 2006, at 9:30 a.m. in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

                                          <u>/s/William W. Caldwell</u>
                                          William W. Caldwell
                                          United States District Judge