UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NOTICE

**UNITED STATES OF AMERICA**          CASE NO. CR-01-00215-001

vs.                                                              *Judge Caldwell*

**SCOTT SHREFFLER**

---

**TYPE OF CASE:**
( ) Civil          (X) **Criminal**

(X) TAKE notice that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

United States District Court          COURTROOM NO. 1 - NINTH FLOOR
228 Walnut Street                          FROM: Friday, 6/1/06 at 9:30 a.m.
Harrisburg, PA 17108                     TO: THURSDAY, 6/1/06 at 9:30 a.m.

**TYPE OF PROCEEDING:**          Sentencing

*NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin.*

Mary E. D'Andrea, Clerk

Ann Severino-Michael
Deputy Clerk

DATED: May 4, 2006

Judge William W. Caldwell
Martin C. Carlson, AUSA
Andrew J. Ostrowski, Esquire
U.S. Marshal
U.S. Probation
Scott Shreffler (IN CUSTODY)
Wes Armstrong, Lori A. Shuey, Wendy Yinger, Court Reporter(s)
File Copy