THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-215 |
| | ) | (Judge Caldwell) |
| vs.. | ) | |
| | ) | |
| SCOTT SHREFFLER | ) | (Filed Electronically) |

### ENTRY OF APPEARANCE

    AND NOW, the United States of America, request that the Court enter the appearance of the undersigned Assistant United States Attorney as counsel for the Government in the above-captioned case.

    Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

BY:  **S/MARTIN C. CARLSON**
MARTIN C. CARLSON
Assistant U.S. Attorney
228 Walnut Street, Suite 220
Harrisburg, Pa. 17108
Phone: 717-221-4482
Fax:   717-221-4582
Martin.Carlson@usdoj.gov
PA Bar #33396