UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO. 1:CR-01-215** |
| ) | |
| ) | **(Judge Caldwell)** |
| vs.  ) | |
| ) | |
| **SCOTT SHREFFLER** ) | **(Filed Electronically)** |

## MOTION FOR EXTENSION OF TIME

AND NOW, the United States of America, by its undersigned counsel, submits the following Motion for Extension of Time in which to Respond to the Defendant's Pre-trial Motions. In support of this motion the United States alleges as follows:

1. This is a drug trafficking prosecution which is scheduled for a re-sentencing hearing on June 1, 2006.

2. On May 26, 2006 the parties met, reviewed evidence, and the government provided a proposed stipulation to the defendant. This stipulation, if accepted would eliminate the need for a sentencing hearing.

3. In order to allow the defendant and his counsel sufficient time to review these matters, the government requests that the hearing in this matter be continued one week.

4. Defense counsel concurs in this request.

WHEREFORE, for the foregoing reasons, the United States requests that the Court Grant the United States' Motion for Extension of Time. No brief is submitted in support of this motion since the reasons for the government's request are fully set forth herein. For the convenience of the Court a proposed form of order is attached.

       Respectfully submitted,

       THOMAS A. MARINO
       UNITED STATES ATTORNEY

BY: **S/MARTIN C. CARLSON**
       MARTIN C. CARLSON
       Assistant U.S. Attorney
       228 Walnut Street, Suite 220
       Harrisburg, Pa. 17108
       Phone: 717-221-4482
       Fax:    717-221-4582
       Martin.Carlson@usdoj.gov
       PA Bar #33396