UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO.1:CR-01-215 |
| | ) |
| vs. | ) |
| | ) |
| **SCOTT SHREFFLER** | ) |

**O R D E R**

AND NOW this _____ day of _____, 2006, upon consideration of the Government's Motion for Extension of Time, IT IS ORDERED that the hearing in this case is continued to_____, 2006, in order to allow the parties to reach possible stipulations in this matter.

_____
UNITED STATES DISTRICT JUDGE