## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )   CRIMINAL NO.1:CR-01-215
                              )
          vs.                     )
                              )
SCOTT SHREFFLER            )

## O R D E R

     AND NOW this _31st_ day of _May_, 2006, upon consideration of

the Government's Motion for Extension of Time, IT IS ORDERED that the hearing

in this case is continued to _10:00 a.m., June 9_, 2006, in order to

allow the parties to reach possible stipulations in this matter.


                         _William W. Caldwell_
                     UNITED STATES DISTRICT JUDGE


**FILED**
HARRISBURG, PA

MAY 3 1 2006

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk