## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 1:CR-01-215** |
| | : | |
| v. | : | **(Judge Caldwell)** |
| | : | |
| **SCOTT SHREFFLER** | : | **(Filed Electronically)** |

### NOTICE REGARDING SENTENCING STIPULATION

AND NOW, the United States submits the following Notice Regarding the Sentencing Stipulation to be filed in this matter:

1.   This case has been remanded for further sentencing proceedings.

2.   In anticipation of these proceedings, the parties met and negotiated the attached Sentencing Stipulation, which the parties anticipate signing prior to the sentencing proceedings.

3. While this Stipulation, will eliminate the need for a sentencing hearing if it is accepted by the Court, the stipulation binds the Court to a Sentencing range of 77-96 months. Therefore, the parties felt it was prudent to provide the Court with advance notice of the proposed binding sentencing stipulation.

```
                         Respectfully submitted
                         THOMAS A. MARINO
                         UNITED STATES ATTORNEY

                   BY:   S/MARTIN C. CARLSON
                         MARTIN C. CARLSON
                         Assistant U.S. Attorney
                         228 Walnut Street, Suite 220
                         Harrisburg, Pa. 17108
                         Phone: 717-221-4482
                         Fax:   717-221-4582
                         Martin.Carlson@usdoj.gov
                         PA Bar #33396
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:CR-01-215 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| SCOTT SHREFFLER | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers. That on June 8, 2006, he served a true and correct copy of the foregoing

_____NOTICE REGARDING SENTENCING STIPULATION

by electronic means by sending a copy to each of the e-mail addresses stated below:

<u>Addressee</u>: Andrew Ostrowski, Esq.
4311 North 6th Street
Harrisburg, PA  17110

> s/MARTIN C. CARLSON
> MARTIN C. CARLSON
> FIRST ASSISTANT U.S. ATTORNEY