Dear Clerk,                                               1:01-cR-215

    I am writing to request correction of an error in the amount of my fine, on my Judgment of Conviction and Sentence.

    Enclosed, you will see page 5 of the Judgment I recently received, indicating that I owe a $300 Assessment Fee and a $1500 Fine. The Assessment Fee is correct, but my Fine was only $900. For you're convenience, I am also sending a copy of a Stipulation accepted by Judge Caldwell, which also indicates that my Fine was only $900.

    Upon Correction of the error, please send me a copy of the revised Judgment and a printout or copy of the Statement indicating the balance due on my Fine and Assessment Fee.

    Thank you very much for your time, effort and consideration in this matter.

**FILED**
HARRISBURG, PA
JUL 1 0 2006
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

Respectfully,

Scott A Shueffler
Scott A Shueffler
141 Stimely Rd., Apt. A
Lewistown, PA 17044



HARRISBURG PA 171
07 JUL 2006 PM 1 L

Scott A. Shreffler
141 Stimely Rd., Apt. A
Lewistown, PA 17044

Clerk of Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108+0983 E011