THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-215 |
| | ) | (Judge Caldwell) |
| vs.. | ) | |
| | ) | |
| SCOTT SHREFFLER | ) | (Filed Electronically) |

## GOVERNMENT'S MOTION TO AMEND JUDGMENT

AND NOW, the United States of America, by its undersigned counsel, submits the following Motion to Amend the Court's June 9, 2006 judgment in this case pursuant to Rule 36 of the Federal Rules of Criminal Procedure. In support of this motion the United States alleges as follows:

1. On June 9, 2006 the Court sentenced the defendant pursuant to a stipulation by the parties, a stipulation which resolved all remaining litigation in this case.

2. While that stipulation, in part, called for imposition of a criminal fine of $900 on the defendant, the judgment filed by the Court inadvertently listed the fine as $1,500.

3. The defendant has brought this discrepancy to the attention of the Government which agrees that the appropriate fine, in accordance with the stipulation, would be $900.

4. Accordingly, the United States requests that the Court amend its judgment to impose a $900 fine in this matter, while leaving all other aspects of the June 9, 2006 judgment unchanged.

5. The defense concurs in this request.

WHEREFORE, for the forgoing reasons, the United States requests that this Court amend the judgement in this case to reflect criminal fine of $900. For the convenience of the Court a proposed form of order is attached.

    Respectfully submitted,

    THOMAS A. MARINO
    UNITED STATES ATTORNEY

BY:  **S/MARTIN C. CARLSON**
    MARTIN C. CARLSON
    Assistant U.S. Attorney
    228 Walnut Street, Suite 220
    Harrisburg, Pa. 17108
    Phone: 717-221-4482
    Fax:   717-221-4582
    Martin.Carlson@USDOJ.gov
    PA Bar #33396

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-215 |
| | ) | (Judge Caldwell) |
| vs.. | ) | |
| | ) | |
| SCOTT SHREFFLER | ) | (Filed Electronically) |

**CERTIFICATE OF CONCURRENCE**

The undersigned hereby certifies that he contacted counsel for defendant, to obtain concurrence to the Government's Motion to Amend Judgment. Defense counsel concurred in this matter.

**S/MARTIN C. CARLSON**
MARTIN C. CARLSON
FIRST ASSISTANT U.S. ATTORNEY

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO. 1:CR-01-215 |
| | ) | (Judge Caldwell) |
| vs.. | ) | |
| | ) | |
| **SCOTT SHREFFLER** | ) | (Filed Electronically) |

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers. That on July 28 2006, he served a true and correct copy of the foregoing

**GOVERNMENT'S MOTION TO AMEND JUDGMENT**

by electronic means by sending a copy to each of the e-mail addresses stated below:

<u>Addressee</u>:  Andrew Ostrowski, Esq.
               4311 N. 6th Street
               Harrisburg, PA  17110

                                                          <u>s/MARTIN C. CARLSON</u>
                                                            MARTIN C. CARLSON
                                                            FIRST ASSISTANT U.S. ATTORNEY