THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO. 1:CR-01-215 |
| | ) | **(Judge Caldwell)** |
| vs.. | ) | |
| | ) | |
| **SCOTT SHREFFLER** | ) | |

**O R D E R**

      AND NOW, this _____ day of _____, 2006 upon consideration of the Government's Motion to Amend the Court's June 9, 2006 judgment in this case pursuant to Rule 36 of the Federal Rules of Criminal Procedure, IT IS ORDERED, in accordance with the stipulation filed by the parties that the judgment is amended to impose a $900 fine in this matter, while leaving all other aspects of the June 9, 2006 judgment unchanged.

_____
UNITED STATES DISTRICT JUDGE