THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-01-215 |
| v | ) |
| SCOTT SHREFFLER, et al., | ) |

**O R D E R**

AND NOW, THIS _25th_ day of _July_, 2007, upon consideration of the government's motion pursuant to Rule 47 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3665, to confiscate and destroy firearms seized in the course of the above-captioned case, IT IS ORDERED that the U.S. Drug Enforcement Administration may destroy the following firearms: a Taurus Model PT 58s, .380 caliber pistol with an obliterated serial number.

_____
U.S. DISTRICT JUDGE

Dated: _____

FILED
HARRISBURG, PA
JUL 25 2007
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk